IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY F MCGARRY,

    Petitioner,

v.                                         CASE NO. 5:12-cv-00202-MP-EMT

MICHAEL D CREWS,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 23, 2013. (Doc. 53). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2.     The second amended petition for writ of habeas corpus (Doc. 23) is DENIED.
3.     A certificate of appealability is DENIED.

**DONE AND ORDERED** this *17th* day of December, 2013

                                                          *s/Maurice M. Paul*
                                                  Maurice M. Paul, Senior District Judge